# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| NAPOLEON WILSON, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:18 CV 461 |
| LAKE COUNTY SHERIFF'S DEPARTMENT, *et al.*, | ) |
| Defendants. | ) |

## O R D E R

As no objections have been filed to the report and recommendation of Magistrate Judge John E. Martin dated July 27, 2020, the court now **ADOPTS** it (DE # 48) and **DENIES** without prejudice the Motion to Dismiss for Failure to Comply with the Court's Discovery Orders (DE # 38).

**SO ORDERED.**

Date: August 24, 2020

s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT